# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

**DATE:** 12/2/05

**DIGITAL RECORDING:** 2:09-2:18

- [√] **INITIAL APPEARANCE**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NO.** 2:05MJ144-VPM    **DEFT. NAME:** GONZALO GARCIA-CRUZ

**USA:** KARL D. COOKE, JR.    **ATTY:** MICHAEL PETERSEN

**Type Counsel:** ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:** RON THWEATT

Defendant  √ does ___ does NOT need an interpreter;
Interpreter present ___ NO  √ YES    **NAME** DENNIS HALE

---

- √ **Kars.** Date of Arrest 12/1/05    or  [ ] karsr40
- √ **kia.** Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- √ **kcnsl.** Deft. First Appearance with Counsel
- √  Requests appointed Counsel  √ **ORAL MOTION** for Appointment of Counsel
- √ **Finaff.** Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] **koappted**  **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- √ **20appt.** Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]  Deft. Advises he will retain counsel. Has retained _____
- √  Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]  Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ]  **DETENTION HRG** [ ] held; [ ] set for _____; [√] Prelim. Hrg [√] Set for 12/6/05 @ 10:00am
- [ ] **kotempdtn.** **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] **kodtn.** **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] **kocondrls.** Release order entered. [ ] Deft. advised of conditions of release.
- [ ] **kbnd.** [ ] **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
- [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- √ **Loc.(LC)** Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] **ko.** Deft. **ORDERED REMOVED** to originating district
- [ ] **kwvprl.** Waiver of [ ] Preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]  Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [ ] **Karr.** ARRAIGNMENT SET FOR: _____ [ ] HELD. Plea of **NOT GUILTY** entered.
- [ ] Trial Term _____ ; [ ] PRETRIAL CONFERENCE DATE: _____
- [ ] DISCOVERY DISCLOSURES DATE: _____
- [ ] **Krmknn.** NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] **krmvhrg.** Identity/Removal Hearing set for _____
- [ ] **Kwvspt** Waiver of Speedy Trial Act Rights Executed.

\* Detainer has been placed by INS. Deft REMANDED to custody pending further proceedings.