IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No.: 2:05mj144-M |
| ) | |
| **GONZALO GARCIA-CRUZ** ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Michael J. Petersen, and enters his appearance on behalf of Defendant, Gonzalo Garcia-Cruz, in the above-styled case.

Dated this 5th day of December 2005.

                                            Respectfully submitted,

                                            s/ Michael J. Petersen
                                            MICHAEL J. PETERSEN
                                            Assistant Federal Defender
                                            201 Monroe Street, Suite 407
                                            Montgomery, Alabama 36104
                                            Phone: (334) 834-2099
                                            Fax: (334) 834-0353
                                            E-mail: michael_petersen@fd.org
                                            ASB-5072-E48M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No.: 2:05mj144-M |
| ) | |
| **GONZALO GARCIA-CRUZ** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                        Respectfully submitted,

                                                        s/ Michael J. Petersen
                                                        MICHAEL J. PETERSEN
                                                        Assistant Federal Defender
                                                        201 Monroe Street, Suite 407
                                                        Montgomery, Alabama 36104
                                                        Phone: (334) 834-2099
                                                        Fax: (334) 834-0353
                                                        E-mail: michael_petersen@fd.org
                                                        ASB-5072-E48M