# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
### Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 12/6/05

DATE COMPLETED: 12/6/05

DIGITAL RECORDING: 10:02 - 10:25

USA

vs

Gonzalo Garcia-Cruz

2:05mj144-M

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Karl David Cooke, Jr. | | Michael Peterson |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy        Elisa Brodbeck, Interpreter

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: Preliminary Examination

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** 2:05mj144-VPM: USA vs. Gonzalo Garcia-Cruz: Preliminary Examination Hearing

**Date:** 12/6/2005    **Location:**

| Time | Speaker | Note |
|---|---|---|
| 10:02:43 AM | Court | Open Proceedings with Facts regarding this case |
| 10:04:33 AM | | Interpreter and Defendant Sworn |
| 10:05:05 AM | Court | Offers the reviewing of the Indictment and asks defendant if he understands the proceedings thus far |
| 10:06:28 AM | Defendant | Understands charges |
| 10:07:59 AM | Defendant | Explains his illiteracy |
| 10:09:32 AM | Court | Explains the proceedings and procedures of this Court regarding GJ and Indictment |
| 10:10:11 AM | Government | Calls Agent David Henderson; Agent testifies |
| 10:16:52 AM | Defendant | Questions Witness Henderson; Agent testifies |
| 10:23:56 AM | Court | Questions Witness Henderson; Agent responds |
| 10:24:23 AM | Government | Rests |
| 10:24:30 AM | Defendant | Rests |
| 10:24:46 AM | Court | Questions Witness Henderson as to details of the manufacturing of the weapon; Court finds there is probable cause to bound defendant over to GJ |
| | RECESS | |