IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
DEC 14 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CR. NO. 2:05cr289-F |
| ) | [18 USC 922(g)(5)(A); |
| GONZALO GARCIA-CRUZ       ) | 18 USC 1028(a)(6); |
| ) | 18 USC 1546(a)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about November 19, 2005, in Montgomery County, within the Middle District of Alabama,

GONZALO GARCIA-CRUZ,

defendant herein, who, being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce, a firearm, to-wit: a Lorcin .380 caliber pistol bearing serial number 215909, in violation of Title 18, United States Code, Section 922(g)(5)(A).

## COUNT 2

On or about November 19, 2005, in Montgomery County, within the Middle District of Alabama,

GONZALO GARCIA-CRUZ,

did knowingly possess an identification document that appeared to be an identification document of the United States, to wit: a Social Security card, which document was produced without lawful authority, knowing that such document was produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

## COUNT 3

On or about November 19, 2005, in Montgomery County, within the Middle District of Alabama,

### GONZALO GARCIA-CRUZ,

did knowingly possess an alien registration receipt card, that is, a resident alien card bearing the name "Gonzalo Garcia Cruz" and alien number A014 327 794, which the defendant knew to be forged, counterfeited, altered, and falsely made and to have been procured by means of any false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

## FORFEITURE ALLEGATION

A.  Counts 1 through 3 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 922(g)(5)(A) as alleged in Count 1 of this indictment, the defendant,

### GONZALO GARCIA-CRUZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense including but not limited to the following:

One Lorcin .380 caliber pistol bearing serial number 215909.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)  cannot be located upon the exercise of due diligence;

2

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above, all in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
John T. Harmon
Assistant United States Attorney

_____
K. David Cooke, Jr.
Assistant Untied States Attorney

3