IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05cr289-F |
| | ) | |
| GONZALO GARCIA-CRUZ | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for GONZALO GARCIA-CRUZ in the above-styled case.

You are DIRECTED to produce the following named prisoner: GONZALO GARCIA-CRUZ before the United States District Court at Montgomery, Alabama in Courtroom 5A, on the 28th day of December, 2005, at 10:00 a.m..

DONE, this the 15th day of December, 2005.

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

By: _____
    Deputy Clerk

cc:   GONZALO GARCIA-CRUZ
      Michael J. Petersen
      United States Attorney
      United States Pretrial Services
      United States Probation Office