| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 2/27/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:17 - 9:22 |

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr289-MEF    **DEFENDANT(S):** Gonzalo Garcia-Cruz

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Karl David Cooke, Jr. | * | Michael Petersen |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**    Government has additional Discovery

☐ **PENDING MOTION STATUS:** Defendant may file additional Motions out of time after the review of the documents

☐ **PLEA STATUS:**    Trial Likely

☐ **TRIAL STATUS**    One Day and a half for Trial

☐ **REMARKS:**   Government may file a Superseding Indictment; Gives Explanation for late filing of discovery; Defendant to notify Courtroom Deputy of Intent to file additional pretrial motions