IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05CR289-MEF |
| ) | |
| GONZALO GARCIA-CRUZ ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby makes this, its *Motion to Continue* the hearing in the *Defendant's Motion to Suppress* filed February 23, 2006.

**Relevant Facts**

The Defendant filed its *Motion to Suppress* on February 23rd, 2006. Prior to that, essential witness Cpl. C.A. Guy purchased non-refundable pre-paid airline tickets to Jamaica for her vacation. Cpl. Guy has contacted the US Attorney's Office, and indicated she has received her subpoena for the hearing, and informed the undersigned Assistant United States Attorney of the conflict. Cpl. Guy has asked the undersigned to move for a continuance. Defense Counsel has been informed of the conflict, and has no objection to the continuance. Defense counsel is also of the opinion that Cpl Guy is an essential witness, and the hearing could not be held without her testimony.

WHEREFORE, the Government prays that the Court grant its Unopposed Motion to Continue and re-set the hearing for another date.

Respectfully submitted this the 6th day of March, 2006.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ K. David Cooke, Jr.
    K. DAVID COOKE, JR.
    Assistant United States Attorney
    1 Court Square, Suite 201
    Montgomery, AL 36104
    Telephone: 334/223-7280
    FAX: 334/223-7135
    E-mail: david.cooke@usdoj.gov
    GA Bar No: 184584

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | CR. NO. 2:05CR289-MEF |
| ) | |
| **GONZALO GARCIA-CRUZ** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2006, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Peterson, Esq.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/K. David Cooke, Jr.
>K. DAVID COOKE, JR.
>Assistant United States Attorney
>1 Court Square, Suite 201
>Montgomery, AL 36104
>Telephone: 334/223-7280
>FAX: 334/223-7135
>E-mail: david.cooke@usdoj.gov
>GA Bar No: 184584