IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR289-MEF |
| | ) | |
| GONZALO GARCIA-CRUZ | ) | |

## ORDER

Upon consideration of the government's Unopposed Motion to Continue, filed on 6 March 2006 (Doc. # 29), it is

ORDERED that the motion is GRANTED.  The evidentiary hearing in this case is hereby CONTINUED to 22 March 2006 at 2:00 p.m.

DONE this 7th day of March, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE