## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. VANZETTA PENN MCPHERSON          AT MONTGOMERY, ALABAMA

DATE COMMENCED:   MARCH 22, 2006          2:04 p.m.
DATE COMPLETED:   MARCH 22, 2006          2:39 p.m.

UNITED STATES OF AMERICA          *

vs                                *          2:05cr289-MEF

GONZALO GARCIA-CRUZ                *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| David Cooke | | Michael Petersen |

### COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy          Beverly Childress, Interpreter
Jimmy Dickens, Court Reporter

### PROCEEDINGS:
### HEARING ON DEFENDANT'S MOTION TO SUPPRESS (DOC #21)

| | |
|---|---|
| 2:04 p.m. | Court convenes. Interpreter sworn. Witnesses sworn. Government invokes witness rule. |
| 2:06 p.m. | Government offers Exhibits 1, 2, 3 and 4. Defendant has no objections. Exhibits 1, 2, 3 and 4 admitted. |
| 2:08 p.m. | Defendant offers Exhibits 1, 2 and 3. Government has no objections. Exhibits 1, 2 and 3 admitted. |
| 2:10 p.m. | Government's direct examination. (Manora) |
| 2:21 p.m. | Court's questions to witness. (Manora) Defendant's cross examination. (Manora) |
| 2:27 p.m. | Government's direct examination. (Smith) |
| 2:34 p.m. | Defendant's cross examination. (Smith) |
| 2:35 p.m. | Government's offer of Exhibit 5. Defendant has no objections. Exhibit 5 admitted. Government's re-direct examination. (Smith) |
| 2:36 p.m. | SIDE BAR (off the record) |
| 2:38 p.m. | Court states that Mr. Petersen has made the determination based on testimony that he will withdraw his motion to suppress. Court directs Mr. Petersen to file a motion to withdraw his motion to suppress no later than 3/23/06. |
| 2:39 p.m. | Court recessed. |