✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

UNITED STATES OF AMERICA

V.

GONZALO GARCIA-CRUZ

**GOVERNMENT'S EXHIBIT LIST**

Case Number:  2:05cr289-MEF

| PRESIDING JUDGE VANZETTA PENN MCPHERSON | GOVERNMENT'S ATTORNEY DAVID COOKE | DEFENDANT'S ATTORNEY MICHAEL PETERSEN |
|---|---|---|
| TRIAL DATE (S) MARCH 22, 2006 | COURT REPORTER JIMMY DICKENS | COURTROOM DEPUTY JOYCE TAYLOR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/22/06 | | Yes | Alabama Uniform Traffic Ticket and Complaint M8781995 |
| 2 | | 3/22/06 | | Yes | Alabama Uniform Traffic Ticket and Complaint M8781997 |
| 3 | | 3/22/06 | | Yes | Alabama Uniform Traffic Ticket and Complaint M8781996 |
| 4 | | 3/22/06 | | Yes | Alabama Uniform Traffic Ticket and Complaint M8781998 |
| 5 | | 3/22/06 | | Yes | Memorandum to Sergeant Oliver from Officer J. A. Smith dated 11/19/05 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.