✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

GONZALO GARCIA-CRUZ

**DEFENDANT'S EXHIBIT LIST**

Case Number: 2:05cr289-MEF

| PRESIDING JUDGE<br>VANZETTA PENN MCPHERSON | GOVERNMENT'S ATTORNEY<br>DAVID COOKE | DEFENDANT'S ATTORNEY<br>MICHAEL PETERSEN |
|---|---|---|
| TRIAL DATE (S)<br>MARCH 22, 2006 | COURT REPORTER<br>JIMMY DICKENS | COURTROOM DEPUTY<br>JOYCE TAYLOR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 3/22/06 |  | Yes | Memorandum dated 11/21/05 to Sergeant E. L. Johnson from Corporal C. A. Guy |
|  | 2 | 3/22/06 |  | Yes | Montgomery Police Department rights form |
|  | 3 | 3/22/06 |  | Yes | Montgomery Police Department Sobriety Examination Report |
|  |  |  |  |  |  |
|  |  |  |  |  | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages