IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Case No.: 2:05-cr-289-MEF** |
| ) | |
| **GONZALO GARCIA-CRUZ** ) | |

**MOTION TO DISMISS MOTION TO SUPPRESS OR
IN THE ALTERNATIVE MOTION FOR SUPPRESSION HEARING**

**COMES NOW**, the Defendant, Gonzalo Garcia-Cruz by and through undersigned counsel, Michael J. Petersen, and moves this Court for an Order dismissing his Motion to Suppress (Doc # 21). For reason therefore, the defendant would show as follows:

1. Uncontrovertible testimony was presented which indicated that to continue to pursue the above stated matter would cause a misuse of judicial resources.

2. The situation was explained to the defendant, and the defendant had no question nor objections to counsel's oral motion to dismiss.

3. The government did not oppose dismissal of the above stated motion.

**WHEREFORE,** Mr. Garcia-Cruz asks this Court to enter an Order dismissing his Motion to Suppress (Doc #20).

Dated this 22nd day of March 2006.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-289-F |
| | ) | |
| **GONZALO GARCIA-CRUZ** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>David Cooke, Esquire
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, Alabama 36104

>Respectfully submitted,

>s/ Michael J. Petersen
>MICHAEL J. PETERSEN
>Assistant Federal Defender
>201 Monroe Street, Suite 407
>Montgomery, Alabama 36104
>Phone: (334) 834-2099
>Fax: (334) 834-0353
>E-mail: michael_petersen@fd.org
>ASB-5072-E48M