IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-289-MEF |
| | ) | |
| GONZALO GARCIA-CRUZ | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss Motion to Suppress or in the Alternative, Motion for Suppression Hearing (Doc. #32) filed on March 22, 2006, it is hereby

ORDERED that the motion is GRANTED. The defendant's Motion to Suppress (Doc. #21) filed on February 23, 2006 is DENIED as moot.

DONE this the 27th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE