| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 4/3/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:48 - 9:49 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr289-MEF     **DEFENDANT(S):** Gonzalo Garcia-Cruz

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Brown Hardwick | * | Michael Petersen |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**     None

☐ **PLEA STATUS:**     Likely Plea

☐ **TRIAL STATUS**     One Day and a half for Trial
Trial Term 6/5/06

☐ **REMARKS:**     Defense expects offer this week in writing, plea agreement thereafter