COURTROOM DEPUTY MINUTES   DATED:   4/18/06   DIGITAL RECORDING: 9:05 - 9:34

MIDDLE DISTRICT OF ALABAMA         COURT REPORTER:   Risa Entrekin

❏ **ARRAIGNMENT**         x **CHANGE OF PLEA**         ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**         ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*         **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:05cr289-MEF*         **DEFENDANT NAME:** *Gonzalo Garcia-Cruz*

**AUSA:** *Karl David Cooke, Jr.*         **DEFENDANT ATTY:** *Michael J. Petersen*

Type Counsel:    ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** _Terrence Marshall_

**De fendant** __x__ **does** _____ **does NOT need and interpreter.**

**Interpreter present?** _____ **NO** __x__ **YES   Name:** Beverly Childress

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**       ❏ Not Guilty                              ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

X Count(s) _1, 2 & 3_      of the Felony Indictment.

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

**X — ORAL ORDER ADJUDICATING GUILT as to COUNTS  1, 2 and 3**

X — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea

Agreement entered

— _____ Days to file pretrial motions. ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____ ; ❏ Sentencing on _____   ❏ _____ Bond  ❏ to be set by Separate Order

X— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____ ; or  X Sentencing on_____ X set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.