```
              IN THE DISTRICT COURT OF THE UNITED STATES
                 FOR THE MIDDLE DISTRICT OF ALABAMA
                          NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr289-F |
| | ) | |
| GONZALO GARCIA-CRUZ | ) | |

## UNITED STATES OF AMERICA'S MOTION
## FOR A PRELIMINARY ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, requests this Honorable Court to enter the attached Preliminary Order of Forfeiture and make entry of said Order part of its oral pronouncement of sentence. The United States further requests that entry of this Order be noted on the written Judgment in a Criminal Case.

Counsel for defendant does not oppose entry of the proposed Preliminary Order.

Respectfully submitted this 19th day of April, 2006.

                              FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY

                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Bar Number: 7068-II58J
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201
                              Montgomery, Alabama 36104
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2006, I electronically filed the foregoing Motion and Proposed Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **K. David Cooke, Jr.** and **Michael Peterson**.

                                Respectfully submitted,

                                /s/John T. Harmon
                                John T. Harmon
                                Assistant United States Attorney
                                Office of the United States Attorney
                                Middle District of Alabama
                                One Court Square, Suite 201
                                Montgomery, Alabama 36104
                                Telephone:(334) 223-7280
                                Facsimile:(334) 223-7135