# **MINUTES**

```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                        NORTHERN DIVISION

    Honorable Mark E. Fuller,          AT MONTGOMERY, AL

DATE COMMENCED:    7-6-06              AT 9:00 a.m.
DATE COMPLETED:    7-6-06              AT 9:13 a.m

United States of America         )
                                 )
    vs.                          )    CR NO. 2:05CR289-MEF
                                 )
Gonzalo Garcia-Cruz              )
```

_____
     Government           APPEARANCES        Defendant
David Cooke                                  Michael J. Petersen
John Harmon
_____
                    Court Officials Present:

Jimmy Dickens, Court Reporter     Terrence Marshall, USPO
Josh Clayton, Law Clerk           Beverly Childress, Interpreter
Kelli Gregg, Courtroom Clerk
_____
                     COURTROOM PROCEEDINGS

7/6/06 Sentencing

    9:00 a.m. -    Court convenes.
                   Interpreter is given the oath and sworn in
                   with the Court at this time.
                   Counsel for the Government states the terms
                   of the plea agreement to the Court.
                   Court will accept the plea agreement as
                   entered between the dft. and the United
                   States.
                   Court sentences dft. and advises him of his
                   right to file an appeal.
                   Government would ask that the Court make the
                   order of forfeiture final and include it on
                   the judgment in this case.
                   Court will include the forfeiture on the
                   judgment.
                   Dft. is remanded to the custody of the U.S.
                   Marshal.
    9:13 a.m. -    Court is in recess.