

# Department of the Treasury

## *Federal Law Enforcement Agencies*

# PROCESS RECEIPT AND RETURN

| | | |
|---|---|---|
| | **COURT CASE NUMBER** | |
| | 2:05cr289-F | |
| **PLANTIFF**<br>UNITED STATES OF AMERICA | **TYPE OF PROCESS**<br>Preliminary Order of Forfeiture | |
| **DEFENDANT**<br>GONZALO GARCIA-CRUZ | | |

| | | |
|---|---|---|
| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. | |
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>One Lorcin .380 Caliber Pistol, Serial Number 215909 c/o ICE | |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| John T. Harmon - Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | NUMBER OF PROCESS TO BE<br>SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE<br>SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

CATS # 06-ICE-000055

| Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff<br>( ) Defendant | TELEPHONE NO.<br>(334) 223-7280 | DATE<br>06/13/06 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

---

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin<br>No.___ | District to Serve<br>No.___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE<br>07/19/20.4 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I [X] PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE. | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | ( ) AM<br>( ) PM. |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

**RETURNED AND FILED**

REMARKS:

JUL 20

**CLERK**<br>**U. S. DISTRICT COURT**<br>**MIDDLE DIST. OF ALA.**

TD F 90-22.48 (6/96)

WHITE COPY - RETURN TO COURT