

# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

RECEIVED
2006 AUG -7 P 4:32

| PLANTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05cr289-F |
|---|---|
| DEFENDANT<br>GONZALO GARCIA-CRUZ | TYPE OF PROCESS<br>Notice of Criminal Forfeiture |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.<br>MONTGOMERY ~~INDEPENDENT~~ Advertiser |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>141 Market Place - Montgomery, Alabama 36117 |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|---|
| John T. Harmon - Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Publish once weekly for three consecutive weeks.

| Signature of Attorney or other Originator requesting service on behalf of: (XX) Plaintiff  ( ) Defendant | TELEPHONE NO.<br>(334) 223-7280 | DATE<br>06/13/06 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated.  1 | District of Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE<br>6/23/06 |
|---|---|---|---|---|

( ) I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | ( ) AM<br>( ) PM. |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

REMARKS: As published in the Montgomery Advertiser 7/3, 7/10 & 7/17/06.

TD F 90-22.48 (6/96)