IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr289-F |
| | ) | |
| GONZALO GARCIA-CRUZ | ) | |

<u>UNITED STATES OF AMERICA'S MOTION
FOR A FINAL ORDER OF FORFEITURE</u>

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture states as follows:

On April 25, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendant Gonzalo Garcia-Cruz to forfeit:

> **One Lorcin .380 Caliber Pistol, bearing serial number 215909.**

Notice of this forfeiture and of the intent of the United States to dispose of the firearm in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm was published in the <u>Montgomery Advertiser</u> newspaper on July 3, 10 and 17, 2006; and,

No petitions of interest were filed within that thirty-day period.  Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Respectfully submitted this 21st day of August, 2006.

                FOR THE UNITED STATES ATTORNEY
                    LEURA G. CANARY

                /s/John T. Harmon
                John T. Harmon
                Assistant United States Attorney
                Bar Number: 7068-II58J
                Office of the United States Attorney
                Middle District of Alabama
                One Court Square, Suite 201 (36104)
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                Telephone:(334) 223-7280
                Facsimile:(334) 223-7560
                E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2006, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **K. David Cooke, Jr.** and **Michael Petersen.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov