IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr289-F |
| ) | |
| GONZALO GARCIA-CRUZ ) | |

FINAL ORDER OF FORFEITURE

On April 25, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant Gonzalo Garcia-Cruz to forfeit:

**One Lorcin .380 Caliber Pistol, bearing serial number 215909.**

The United States published notice in the Montgomery Advertiser newspaper of this forfeiture and of its intent to dispose of the firearm in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm;

No timely petition has been filed; and,

The Court finds that defendant Gonzalo Garcia-Cruz had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461. The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 922(g)(5)(A).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The **Lorcin .380 Caliber Pistol, bearing serial number 215909** is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c);

2. All right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE