

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLANTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05cr289-F |
|---|---|
| DEFENDANT<br>GONZALO GARCIA-CRUZ | TYPE OF PROCESS<br>Final Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
ONE LORCIN .380 Caliber Pistol, Serial Number 215909
c/o ICE

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John T. Harmon - Assistant U.S. Attorney
U.S. Attorney's Office
Post Office Box 197
Montgomery, Alabama 36101-0197

| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

CATS # 06-ICE-000055

Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff  ( ) Defendant

TELEPHONE NO. (334) 223-7280

DATE 08/24/06

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.

District of Origin No._____

District to Serve No._____

SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.

DATE

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED. ( ) HAVE LEGAL EVIDENCE OF SERVICE. ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE

( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 9/6/06

TIME OF SERVICE: ( ) AM ( ) PM

SIGNATURE, TITLE AND TREASURY AGENCY

REMARKS:

RETURNED AND FILED
SEP 6 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TD F 90-22.48 (6/96)

WHITE COPY - RETURN TO COURT